IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRIS WALTERS,

    Plaintiff pro se,

vs.                                        Civ. No. 07cv257 JH/RLP

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,

    Defendant.

## ORDER

**THIS MATTER** comes before the Court on the Analysis and Recommended Disposition of the United States Magistrate Judge **[Docket No. 16]**. No party has filed objections to the proposed findings and recommended disposition. The Court, having made a de novo review and a determination of the proposed findings and recommended disposition,

**FINDS:** That the proposed findings and recommended disposition of the United States Magistrate Judge should be adopted.

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration From Dismissal Without Prejudice for Award of Reasonable Attorney fee to Chris Walters **[Docket No.13]** and Motion to Demand For Award Reasonable Attorney Fees For Plaintiff Pro Se Chris Walters **[Docket No. 12]** be and hereby are denied.

                                                                            **JUDITH C. HERRERA**
                                                       **UNITED STATES DISTRICT JUDGE**